No. 69193.—Gunze New York, Inc. v. United States, protest 61/11774 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of pongee silk piece goods, over 30 inches in width, similar in

all material respects to those the subject of Abstract 64266, the claim of the plaintiff was sustained.